**DISMISS; and Opinion Filed December 4, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01054-CV

**ADRIAN BOOKER AND NICOLE SMITH, Appellants**
**V.**
**ANISSA MAHMOUDI, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

By letter dated November 13, 2018, the Court questioned its jurisdiction over this appeal because there did not appear to be a final judgment or other appealable order. We instructed appellants to file, by November 26, 2018, a letter brief addressing this Court's jurisdiction and cautioned them that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellants have not complied.

This Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (listing appealable interlocutory orders). Appellants appeal from the trial court's August 30, 2018 "Order Granting Collin County Clerk's Office's Motion to Quash Subpoena Application, Issuance of Protective Order, and Order for

Reimbursement for Attorney's Fees." The challenged order is neither a final judgment disposing of all claims and parties nor an appealable interlocutory order. *See id.* For this reason, this Court lacks jurisdiction over this appeal.

We dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

181054F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADRIAN BOOKER AND
NICOLE SMITH, Appellants

No. 05-18-01054-CV　　　V.

ANISSA MAHMOUDI, Appellee

On Appeal from the County Court at Law
No. 3, Collin County, Texas
Trial Court Cause No. 003-01795-2018.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ANISSA MAHMOUDI recover her costs of this appeal from appellants ADRIAN BOOKER AND NICOLE SMITH.

Judgment entered this 4th day of December, 2018.